IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LACHAE VICKERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 1:23-cv-01440-NGG-JRC |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lachae Vickers, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Lachae Vickers, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: July 14, 2023

Respectfully Submitted,

*/s/ Andrew J. Shamis*
Andrew J. Shamis
New York Bar No. 5195185
**SHAMIS & GENTILE, P.A.**
14 NE First Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

Adam A. Schwartzbaum*
**EDELSBERG LAW, PA**

1

20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
adam@edelsberglaw.com

Jeffrey D. Kaliel*
Sophia Goren Gold*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

*Pro Hac Vice forthcoming*

*Counsel for Plaintiff and the Proposed Classes*

**So Ordered.**
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 7/17/23

## CERTIFICATE OF SERVICE

I Hereby certify that on July 14, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

/s/ Andrew J. Shamis
Andrew J. Shamis

2